HARRY TYNAN, Appellant, v. FRANK CHRYSLER et al., Respondents, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

WILLIAM A. REVELAS, Appellant, v. CLYDE W. AKER, Defendant, and GEORGE W. HOLT, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an action on promissory notes.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

JEAN CAREY, Respondent, v. ROCHESTER SUN CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for damages for an alleged libel published in defendant's newspaper. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ..

In the Matter of OPEN DOOR SPIRITUALIST CHURCH, Appellant. GENERAL ASSEMBLY OF SPIRITUALISTS, Respondent.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order denying petitioner's motion to vacate a previous order which granted the petition of petitioner to sell its real estate to the General Assembly of Spiritualists.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

DONNA DONNER, as Administratrix of the Estate of DORIS B. DONNER, Deceased, Respondent, v. HEINZ FRIES, Appellant, et al., Defendants. (Action No. 1.) HEINZ FRIES, Appellant, v. THOMAS A. WAGNER, Respondent. (Action No. 2.) THOMAS A. WAGNER, Respondent, v. HEINZ FRIES, Appellant. (Action No. 3.) — Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeals by Heinz Fries from part of an order of consolidation which changed the place of trial from Erie County to Niagara County.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.